# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **LAMIN JOBARETH,** | |
|                    **Plaintiff,** | |
| **v.** | **1:06-cv-153-WSD** |
| **ROSEMARY MELVILLE, District Director, U.S. Citizenship and Immigration Services, Atlanta District Office,** | |
|                    **Defendant.** | |

## OPINION AND ORDER

This is a civil action brought pursuant to 28 U.S.C. §§ 1331 and 1361 wherein the Plaintiff seeks mandamus relief for Defendant's failure to adjudicate his pending Application for Naturalization filed October 8, 2002. In his complaint, Plaintiff seeks this Court to compel the Citizenship and Immigration Service ("CIS") to adjudicate Plaintiff's application for naturalization. This matter is currently before the Court on Defendant's Second Motion to Dismiss [15]. The Plaintiff has not responded to Defendant's motion to dismiss, and the Court has deemed Defendant's motion to be unopposed.

In its unopposed motion to dismiss, Defendant states that on August 16, 2006, Citizenship and Immigration Services ("CIS") granted Plaintiff's Application for Naturalization and that Plaintiff was scheduled to appear for an Oath Ceremony on August 17, 2006.

Counsel for Plaintiff has confirmed that Plaintiff was sworn in at the April 17, 2006 ceremony. It appearing that CIS has adjudicated Plaintiff's naturalization application, the Plaintiff's claim for mandamus relief from this Court is moot.

Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's complaint for mandamus relief is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED** this 26th day of September, 2006.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE